USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3-28-18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

Chen,

                           **Plaintiff,**

           -against-

Ginza Sushi 1688 Inc, et al,

                         **Defendants.**

------------------------------------------------------------ x

1:17-cv-04746 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' settlement agreement and accompanying joint fairness motion to approve the settlement agreement, filed January 29, 2018. (ECF No. 21) Upon review of the settlement agreement, as required by *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the Court finds it to be fair and reasonable, and approves the settlement.

**SO ORDERED.**

Dated:   March 28, 2018
             New York, New York

                                                          **ANDREW L. CARTER, JR.**
                                                           **United States District Judge**